# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| SELIA D. BERVINE, | : | No. 14 EM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JAMILLA RICHARDSON AND JAMEL D. BERVINE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of April, 2023, the "Petition to [sic] Leave to Exceed Word Count" is DENIED. Petitioner is allotted 15 days in which to present a perfected Petition for Allowance of Appeal.

No extensions will be granted, absent exceptional circumstances.